AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Central District of Illinois

| | |
|---|---|
| United States of America<br>v.<br>MILTON FORSBERG<br><br>Defendant(s) | )<br>)<br>) Case No.<br>)     19-MJ-7211<br>)<br>)<br>) |

FILED
OCT 16 2019
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of Nov 4, 2018, Jul 12 & Sep 30, 2019 in the county of Champaign in the Central District of Illinois, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2252 and 2252A | Transportation, receipt, and possession of child pornography |

This criminal complaint is based on these facts:
See attached affidavit of Sergeant Patrick Simons, Champaign Police Department

☑ Continued on the attached sheet.

s/Sgt. Patrick Simmons

_____
Complainant's signature

Sgt. Patrick Simons, CPD
Printed name and title

Sworn to before me and signed in my presence.

s/ERIC I. LONG

Date: 10/16/2019

_____
Judge's signature

City and state: Urbana, Illinois

Eric I. Long, U.S. Magistrate Judge
Printed name and title

# AFFIDAVIT

Patrick Simons, Sergeant Champaign Police Department, being duly sworn on oath states as follows:

1. I am a sergeant with the Champaign Police Department, located in Champaign, Illinois, and have been employed there from September, 2007 to present. I have over twelve years in law enforcement with the Champaign Police Department. I have been assigned to the Criminal Investigations Division High Tech Crimes Unit of the Champaign Police Department for over eight years. I have received extensive training in criminal investigations, computer crime investigations, computer forensic exams, cell phone forensic exams, and child pornography investigations. In addition, I am a certified computer forensic examiner having obtained the following Computer Forensic Certifications; Certified Forensic Computer Examiner (CFCE), Magnet Certified Forensics Examiner (MCFE), Encase Certified Forensic Examiner (EnCE). I am a certified cell phone examiner having obtained the following cell phone certifications; Cellebrite Certified Mobile Examiner (CCME). I have conducted numerous investigations, state and federal, involving computer crimes, and child pornography resulting in arrests and seizures. I have also been involved in the execution of numerous search warrants.

2. This affidavit is based upon information I have gained from my investigation, my training and experience, as well as information provided by other law enforcement agents involved in this and other computer crime investigations. Since this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that

**Milton FORSBERG** committed violations of Title 18 United States Code, Sections 2252 and 2252A.

### Statutory Authority

3.  This investigation concerns alleged violations of 18 U.S.C. § 2252A, relating to material involving the sexual exploitation of minors.

    a.  **Child Pornography Trafficking (18 U.S.C. § 2252):** This investigation concerns alleged violations of **18 U.S.C. § 2252**, which generally prohibits a person from knowingly transporting, shipping, receiving, distributing, reproducing for distribution, or possessing any visual depiction of minors engaging in sexually explicit conduct when such visual depiction was either mailed or shipped or transported in interstate or foreign commerce by any means, including by computer, or when such visual depiction was produced using materials that had traveled in interstate or foreign commerce. It is also a crime to attempt to commit this offense.

    b.  **Child Pornography Trafficking (18 U.S.C. § 2252A):** This investigation also concerns alleged violations of **18 U.S.C. § 2252A**, which generally prohibits a person from knowingly mailing, transporting, shipping, receiving, distributing, reproducing for distribution, or possessing any child pornography, as defined in 18 U.S.C. § 2256(8), when such child pornography was either mailed or shipped or transported in interstate or foreign commerce by any means, including by computer, or when such child pornography was produced using materials that had traveled in interstate or foreign commerce. It is also a crime to attempt to commit this offense.

### Investigation

4.  On February 1, 2019, I began an investigation into a Cyber Tip provided to me by the Office of the Illinois Attorney General, Internet Crimes Against Children (ICAC) Task Force, of which I am a member. The ICAC provided information obtained by the National Center for Missing and Exploited Children from the software company Adobe Systems Incorporated, headquartered in San Jose, California. Adobe Systems

Incorporated reported that suspected child pornography was located in an account that was hosted with their service.

5. The Cyber Tip detailed that seven images were uploaded from a user account that contained the following information:

    Email Address: miltf@uiuc.edu (Verified)
    Screen/User Name: Milton Forsberg
    Address: [800 block] W Charles St
    City: Champaign
    State/Region: Illinois
    Post code/ZIP: 61820-5801
    Country United States
    Payment Type: Credit Card
    Card Type: (VISA)
    Cardholder's Name: Milton Forsberg
    Token Number: ************6564
    Expiration Date: 07/2016

6. The name Milton Forsberg, commonly known as "Milt," was immediately familiar to me based on my involvement in a local amateur radio club. Milt Forsberg has the amateur radio call sign "K9QZI" as assigned by the Federal Communication Commission. Milt Forsberg has also been an active board member for many years and was the current treasurer at the time of this Cyber Tip report. Law enforcement conducted open source searches for Miltf@uicu.edu and located images of Milt standing next to the Illinois Vanity Ham Radio registration plate "K9QZI."

7. I viewed the seven files that Adobe Systems Incorporated reported as uploaded to their servers and contained suspected child pornography:

3

a. file_IMG_6819.JPG – A nude male sitting on a chair with his legs spread and his penis erect. The male appears to be fourteen to sixteen years old.

b. file_IMG_6827.JPG – A male naked from the waist down lying on his back. His legs are spread and he is manipulating his erect penis. This male appears to be fourteen to sixteen years old.

c. file_IMG_6886.JPG – A nude male is sitting on a counter and is holding his erect penis in his hand. The male appears to have semen on his chest. The male appears to be fourteen to seventeen years old.

d. file_IMG_7038.JPG -- A shirtless male is sitting in a chair with an erect penis protruding from his boxers. The male appears to be fourteen to seventeen years old.

e. file_IMG_7117.JPG – A nude male is lying on his back with legs spread, exposing his semi-erect penis. The male appears to be fourteen to seventeen years old.

f. file_IMG_7166.JPG – A male is standing at a urinal with pants around his knees, exposing his erect penis. The male appears to be fourteen to seventeen years old.

8. The images file_IMG_6819.JPG, file_IMG_6827.JPG and file_IMG_6886.JPG were uploaded from the Internet Protocol (IP) Address 70.225.162.74 on November 4, 2018, 04:22:44 UTC (2322 CST). This IP Address resolved back to AT&T Internet services. An administrative subpoena was obtained for the account on March 22, 2019. On April 6, 2019, AT&T Internet Services provided account information that listed the address on the

800 block of West Charles Street Champaign, IL. The customer name is listed as Milton Forsberg and email as K9QZI@ameritech.net.

9. The images file_IMG_7038.JPG, file_IMG_7117.JPG, file_IMG_7166.JPG, file_IMG_7203.JPG were uploaded from the Internet Protocol (IP) Address 70.225.160158 on November 11, 2018, 05:21:06 UTC (2321 CST). This IP Address resolved back to AT&T Internet services. An administrative subpoena was obtained for the account on March 22, 2019. On April 6, 2019, AT&T Internet Services provided account information that listed the address 100 block of Flora Drive Champaign, IL. The customer name is listed as a female, B.A.

10. On September 26, 2019, the Champaign Police Department received a certified letter from the Boy Scouts of America National Council. This letter served as mandated notification of abuse to the Illinois State Police and to the Champaign Police Department. The letter details that Attorney Andrew Van Arsdale of California represents a victim who alleged he was sexually abused as a child by "Milt Forsberg." The alleged incident occurred in Champaign in 1965 when the victim was thirteen years old.

11. I know that Milt Forsberg has been involved in Boy Scouts for over forty years. He continues to assist local Boy Scout troops obtain Radio Merit Badges and also with an annual event called Jamboree-on-the-Air, where Boy Scouts make amateur radio contacts across the nation.

12. On September 27, 2019, Champaign Circuit Judge Roger Webber authorized the search of Forsberg's residence on West Charles Street in Champaign,

Illinois. On September 30, 2019, myself and other officers with the Champaign police department executed the warrant at Forsberg's residence.

13. Forsberg was present and the sole occupant of the residence. Based on my observations, Forsberg appears to live alone.

14. At the foot of Forsberg's bed, in his bedroom, I observed multiple printed sexually explicit images. The images are printed on high quality glossy 8 x 10 paper and at least three images depict prepubescent male children. In one photo, a male child approximately ten to twelve years old, is wearing only a red shirt and socks. His genitals are visible and are the focal point of the image; the child is seated and appears to be looking at picture of adult pornography. In another photo, a male child, approximately 4-5 years old, is completely nude and urinating near a body of water and looking at his genitals. Forsberg attempted to conceal these pictures with his cane while the officers began to search the premises.

15. Forsberg denied any sexual attraction to minors and denied any inappropriate contact with minors. When confronted with the images located on the premises, Forsberg stated that he printed the image (of the male in the red shirt and socks) because he thought it was funny. He stated that he did not intentionally look at images of underage boys.

16. Law enforcement seized nine hard drives, three computer processing units, four iPads, two cellular telephones and hundreds of external storage devices such as USB thumb drives and disks. Forsberg offered the pin code for his iPad, Serial No. DMPSN6EYG5W2. An initial forensic examination of these device showed that Forsberg

browsed Internet websites and located images of child pornography, downloading them to his iPad. For example, I noted the following:

    a. 33 tabs open to Russian language websites that resolve to pages of http://imgsrc.ru, a website I know, based on my training and experience, to be a photo sharing website that is commonly used to share images of child sexual exploitation.

    b. The web history shows website addresses that are indicative of the user searching the message boards of these Russian websites for key words such as "naked boy" and "nude boy."

    c. I located a registration confirmation email for the imgscr.ru website sent on 2/27/2019, to miltf@uiuc.edu, confirming his username as "K9QZI."

    d. I noted that on 7/12/2019, at 10:09:05 PM(UTC-5), the user of Forsberg's iPad went to the following page: http://imgsrc.ru/cat/24-nyu.html.

    e. I also located images stored on Forsberg's iPad in the Hidden Photo Album at or about the time Forsberg browsed this website 7/12/2019:

        i. IMG_2050.JPG- A nude male, approximately ten years old, standing naked in a shower stall and being sprayed with a detachable shower head.

        ii. IMG_2051.JPG- Four nude males, under the age of ten, standing in the common are of a shower room.

        iii. IMG_2052.JPG- Four nude males, under the age of ten, being sprayed in the shower with a detachable shower head.

7

      iv.    IMG_2053.JPG- Two males, approximately twelve years old, shirtless and laying on their backs. One male, who is under a sheet, has his hand down the pants of the second male.

17.    I located in excess of one hundred images of minor males between the ages of eight to fourteen years old, mostly nude and posed in a lewd and lascivious manner. I also located at least one image from the Adobe Cyber Tip located on this device.

18.    Law enforcement found a photography dark room in Forsberg's basement with boxes of photographs, including photographs Forsberg admitted he took at a nudist colony. Forsberg stated he took the pictures under a press pass from the Champaign News Gazette. The images from the nudist colony were organized in a manner where he separated the photos of adults from the photos of children. There were six photographs located in the lid of the Kodak photograph paper box that depicted nude juvenile females between the ages of ten to sixteen.

FURTHER AFFIANT SAYETH NOT.    s/Sgt. Patrick Simmons

                                      Patrick Simons, Detective
                                      Champaign Police Department

Sworn and subscribed to before me this 16th day of October, 2019.

s/ERIC I. LONG

ERIC I. LONG, Magistrate Judge
United States District Court