IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Criminal No. 19-CR-20070 |
| v. ) | |
| ) | Title 18, United States Code, Sections |
| ) | 2252A(a)(2)(A) and (b)(1); |
| MILTON FORSBERG, ) | 2252A(a)(5)(B) and (b)(2). |
| ) | |
| Defendant. ) | |

### INDICTMENT

**COUNT ONE**
(Receipt of Child Pornography)

**THE GRAND JURY CHARGES THAT:**

On or about July 12, 2019, in Champaign County, in the Central District of Illinois, the defendant,

**MILTON FORSBERG,**

knowingly received child pornography, as defined in Title 18, United States Code, Sections 2256(8)(A) and (B), including visual depictions of minors engaging in sexually explicit conduct, said child pornography having been shipped or transported using any means or facility of interstate or foreign commerce, including by computer.

All in violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and (b)(1).

## COUNT TWO
(Possession of Child Pornography)

THE GRAND JURY FURTHER CHARGES THAT:

On or about September 30, 2019, in Champaign County, in the Central District of Illinois, the defendant,

**MILTON FORSBERG**,

knowingly possessed photographs, cellular telephones, computer processing units, and other materials, containing images of child pornography, in addition to those charged in Count One, as defined in Title 18, United States Code, Sections 2256(8)(A) and (B), in that the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct, and said images had been shipped and transported in interstate and foreign commerce, including by computer, and had been produced using materials which had been shipped and transported in interstate and foreign commerce, including by computer.

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

A TRUE BILL,

s/Foreperson
_____
FOREPERSON

s/Gregory Gilmore

JOHN C. MILHISER
UNITED STATES ATTORNEY
EMP