UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|          Plaintiffs, ) | |
| ) | |
| vs. ) | Case No.   19CR20070 |
| ) | |
| MILTON FORSBERG, ) | |
|          Defendants. ) | |

## MOTION TO CONTINUE

**NOW COMES** the Defendant, **MILTON FORSBERG,** by and through his Attorney, **J. STEVEN BECKETT** of the law firm **BECKETT LAW OFFICE, P.C.**, and for his Motion to Continue, states as follows:

1. This matter is currently set for pre-trial August 6, 2020, at 10:00 a.m. in Urbana before Magistrate Judge Eric Long and for trial on August 10, 2020 also in Urbana.

2. The Defendant has been charged with child pornography.

3. Parties notified court of a plea agreement between the parties and set this matter for a plea hearing today, July 30, 2020, at 11:15 a.m.

4. Due to scheduling issues, this matter was set for a presentation of the plea on August 14, 2020, at 11:00 a.m. and the original pretrial hearing was rescheduled for August 6, 2020, at 10:00 a.m. with trial being scheduled for August 10, 2020. Parties agree that the pretrial is not necessary and should be vacated pending the presentation of the plea on August 14, 2020, at 11:00 a.m.

5. Counsel has discussed with the Defendant these scheduling issues and the Defendant agrees with the request for continuance herein.

6. That the Government has no objection to this motion.

**WHEREFORE**, Defendant, **MILTON FORSBERG**, respectfully requests that the pretrial of August 6, 2020, be vacated and allotted for further status on August 14, 2020, at 11:00 a.m. contemporaneous with the plea and for such other relief this court deems necessary.

        **BECKETT & WEBBER, P.C.**
        Attorney for Defendant,


        s/ J. Steven Beckett
        **J. STEVEN BECKETT**, Counsel for Defendant

**J. STEVEN BECKETT**
**BECKETT LAW OFFICE, P.C.**
**ARDC #: 0151580**
508 South Broadway
Urbana IL 61801
(217) 328-0263
(217) 328-0290 FAX
E-mails: steve@beckettlawpc.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2020, I electronically filed the above ***Motion to Continue*** with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

**Elham M Peirson, Assistant U.S. Attorney - 201 South Vine Street, Urbana, IL**

and I hereby certify that on July 30, 2020, I mailed the document by United States Postal Service, direct email to the following non-registered participants:

**N/A**

Respectfully submitted,

s/ J. Steven Beckett
**J. STEVEN BECKETT**, Counsel for Defendant

**J. STEVEN BECKETT**
**BECKETT LAW OFFICE, P.C.**
**ARDC #: 0151580**
508 South Broadway
Urbana IL 61801
(217) 328-0263
(217) 328-0290 FAX
E-mail: steve@beckettlawpc.com